## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christopher L. Temple, | Civil No. 09-604 (RHK/JJG) |
| Petitioner, | **ORDER** |
| vs. | |
| Maureen Cruz, Warden or Acting Warden-<br>Federal Prison Camp Duluth, Minnesota, | |
| Respondent. | |

---

Petitioner's Motion to Stay the Further Execution of Sentence, and for Immediate Release, Pending Disposition of the Petition for a Writ of Habeas Corpus (Doc. No. 4) is **DENIED**.

Dated: April 16, 2009

                                                                s/Richard H. Kyle  
                                                                 RICHARD H. KYLE  
                                                                 United States District Judge