# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christopher L. Temple, | Civil No. 09-604 (RHK/JJG) |
| Petitioner, | **ORDER** |
| vs. | |
| Maureen Cruz, Warden or Acting Warden-<br>Federal Prison Camp Duluth, Minnesota, | |
| Respondent. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 6) is **ADOPTED;**

2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. This action is summarily **DISMISSED** for lack of jurisdiction.

Dated: May 14, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge